# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
## PEORIA DIVISION

| | |
|---|---|
| STACEY MOONEY, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) v. ) ) ILLINOIS EDUCATION ASSOCIATION; ) CONGERVILLE-EUREKA-GOODFIELD ) EDUCATION ASSOCIATION, as ) representative of the class of all chapters ) and affiliates of the Illinois Education ) Association; and NATIONAL ) EDUCATION ASSOCIATION. ) ) Defendants. ) | Case No. 1:18-cv-1439 |

## **ORDER**

Pursuant to this Court's Order & Opinion (Doc. 19) and Plaintiff's Notice to the Court (Doc. 20) which states Plaintiff does not intend to replead her *Abood* claim, the matter is hereby terminated. Judgment will enter in favor of Defendants.

SO ORDERED.

Entered this 22nd day of April 2019.

                                                                            s/ Joe B. McDade
                                                                 JOE BILLY McDADE
                                                  United States Senior District Judge