Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Stacy Mooney, on behalf of herself And all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>Illinois Education Association Congerville-Eureka-Goodfield Education Association, as representative of the class of all chapters and affiliates of the Illinois Education Association; and National Education Association<br><br>Defendants. | Case Number: 18-cv-1439 |

## JUDGMENT IN A CIVIL CASE

**DECISION BY THE COURT.** This action came before the Court, and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** Plaintiff's federal claims are DISMISSED WITH PREJUDICE and her state claims are DISMISSED WITHOUT PREJUDICE. The Court has denied all relief requested by Plaintiff. CASE TERMINATED.

Dated: 4/23/2019

s/ Shig Yasunaga
Shig Yasunaga
Clerk, U.S. District Court

